UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNATHAN ARNOLD,

                         Plaintiff,

                -against-

THOMAS BRUDER,

                         Defendant.

24-CV-0851 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 14, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 5, 2024
         New York, New York

                         /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
                         Chief United States District Judge